UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

DAVID L. CARR,

        Plaintiff,

v.

**JUDGMENT**

No. 7:17-CV-16-FL

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

        Defendant.

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of Defendant's Consent Motion for Remand to the Commissioner.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on June 14, 2017, that Defendant's Consent Motion for Remand to the Commissioner is granted, and the Court reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings.

**This Judgment Filed and Entered on June 14, 2017, and Copies To:**

Jamie D.C. Dixon (via CM/ECF Notice of Electronic Filing)
Laurie Lynn Janus (via CM/ECF Notice of Electronic Filing)

June 14, 2017                      PETER A. MOORE, JR., CLERK
                                        /s/ Susan W. Tripp
                                      (By) Susan W. Tripp, Deputy Clerk