UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NORTH CAROLINA

SOUTHERN DIVISION

| | | |
|---|---|---|
| DAVID L. CARR, | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT IN A CIVIL CASE** |
| v. | ) | **CASE NO. 7:17-CV-16-FL** |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

Decision by Court.

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED AND DECREED** that the Commissioner of Social Security pay $3,328.02 in attorney's fees associated with this matter in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412(d).

**This Judgment Filed and Entered on July 31, 2017, and Copies to:**

Laurie Lynn Janus (via CM/ECF Notice of Electronic Filing)

Jamie D.C. Dixon (via CM/ECF Notice of Electronic Filing)

| DATE | PETER A. MOORE, JR., CLERK |
|---|---|
| July 31, 2017. | |
| | (By) Sandra K. Collins, Deputy Clerk |